Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed
November 16, 2006








 

Petition
for Writ of Mandamus Dismissed and
Memorandum Opinion filed November 16, 2006.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00237-CV

____________

 

IN RE FORD MOTOR COMPANY AND 

TOMMIE VAUGHN TRUCK STOP, Relators

 



 

ORIGINAL PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R A N D U M  O P I N I O N

On March 15, 2006, relators, Ford Motor Company and Tommie Vaughn Truck Shop, filed a petition
for writ of mandamus in this Court, requesting we order respondent, the
Honorable Roberta A. Lloyd, judge of the County Court at Law No. 4, Harris
County, Texas, to vacate a discovery order.[1] 
See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see  also Tex. R. App. P. 52.1.   

Relators
have recently filed a motion to dismiss this mandamus proceeding, stating the
case has settled.  Accordingly, relators= motion to dismiss with prejudice is
granted and the petition for writ of mandamus is ordered dismissed.  

PER
CURIAM

 

Petition Dismissed and Memorandum
Opinion filed November 16, 2006. 

Panel consists of
Justices Anderson, Edelman, and Frost.  

 









[1]  Relators also filed a motion to stay the underlying proceedings on
March 15, 2006, which was previously denied by this Court.